[Cite as *State v. Trogrlic*, 2023-Ohio-4601.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| STATE OF OHIO,<br>CITY OF MENTOR, | **CASE NOS. 2023-L-107**<br>**2023-L-108** |
| Plaintiff-Appellee, | Criminal Appeals from the<br>Mentor Municipal Court |
| - vs - | |
| MARIO TROGRLIC, | Trial Court Nos. 2023 CRB 00816 A<br>2023 CRB 00816 B |
| Defendant-Appellant. | |

**M E M O R A N D U M**
**O P I N I O N**

Decided: December 18, 2023
Judgment: Appeals dismissed

*Lisa Klammer*, City of Mentor Prosecutor, 8500 Civic Center Boulevard, Mentor, OH 44060 (For Plaintiff-Appellee).

*Mario Trogrlic*, pro se, #2023002384, Lake County Adult Detention Facility, 104 East Erie Street, Painesville, OH 44077 (Defendant-Appellant).

JOHN J. EKLUND, P.J.

{¶1} On November 14, 2023, appellant, Mario Trogrlic, pro se, filed a notice of appeal from the trial court's September 25, 2023 sentencing entries. A timely notice was due no later than October 25, 2023, which was not a holiday or weekend. Thus, the appeals were untimely filed by 20 days.

{¶2} "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3}    "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶4}    "(a) Criminal proceedings; * * *

{¶5}    "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. * * *." App.R. 5(A).

{¶6}    Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A).  Therefore, this court is without jurisdiction to consider his appeal.  Under the provisions of App.R. 5(A), appellant has a remedy to move for leave to file an untimely criminal appeal.

{¶7}    Appeals dismissed, sua sponte, as untimely.


MARY JANE TRAPP, J.,

ROBERT J. PATTON, J.,

concur.

2

Case Nos. 2023-L-107 and 2023-L-108